

FILED
JAMES J. VILT, JR. - CLERK

AUG 16 2023

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA

v.

INDICTMENT

NO. 3:23-CR-94-BJB

THOMAS GUNTER (1, 5, 7, 8, 11, 13-19)
DESMOND ALLEN (1, 17)
BYRON MAYES (1, 9)
DAVID CARTER (1-4, 12, 19)
BRANDON TRAUGHBER (1, 6, 9, 10)
LAUREN BAUM (1, 17)
JASON HILL (1, 6)

18 U.S.C. § 2
18 U.S.C. § 924(c)(1)(A)
18 U.S.C. § 924(d)
21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(A)
21 U.S.C. § 841(b)(1)(B)
21 U.S.C. § 846
21 U.S.C. § 853

The Grand Jury charges:

## COUNT 1
*(Conspiracy to Distribute Methamphetamine)*

Beginning on a date unknown to the Grand Jury, but at least as early as January 1, 2021 continuing up to and through on or about August 16, 2023, in the Western District of Kentucky, Jefferson County, Kentucky, **THOMAS GUNTER, DESMOND ALLEN, BYRON MAYES, DAVID CARTER, BRANDON TRAUGHBER, LAUREN BAUM,** and **JASON HILL**, defendants herein, knowingly and intentionally conspired with each other and others, known and unknown to the Grand Jury, to distribute fifty (50) grams or more of methamphetamine, a Schedule II controlled substance, as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), 841(b)(1)(A).

The Grand Jury further charges:

COUNT 2
(*Distribution of Methamphetamine*)

On or about February 16, 2023, in the Western District of Kentucky, Jefferson County, Kentucky, **DAVID CARTER**, a defendant herein, knowingly and intentionally distributed five (5) grams or more of methamphetamine; a Schedule II controlled substance, as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

The Grand Jury further charges:

COUNT 3
(*Distribution of Methamphetamine*)

On or about March 1, 2023, in the Western District of Kentucky, Jefferson County, Kentucky, **DAVID CARTER**, a defendant herein, knowingly and intentionally distributed fifty (50) grams or more of methamphetamine, a Schedule II controlled substance, as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

The Grand Jury further charges:

COUNT 4
(*Possessing a Firearm in Furtherance of a Drug Trafficking Crime*)

On or about March 1, 2023, in the Western District of Kentucky, Jefferson County, Kentucky, **DAVID CARTER**, a defendant herein, did knowingly possess a firearm in furtherance

of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, the offenses charged in this Indictment, in violation of Title 21, United States Code, Section 841(a)(1).

In violation of Title 18 United States Code, Section 924(c)(1)(A).

The Grand Jury further charges:

## COUNT 5
*(Distribution of Methamphetamine)*

On or about March 8, 2023, in the Western District of Kentucky, Jefferson County, Kentucky, **THOMAS GUNTER**, a defendant herein, knowingly and intentionally distributed fifty (50) grams or more of methamphetamine, a Schedule II controlled substance, as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

The Grand Jury further charges:

## COUNT 6
*(Distribution of Methamphetamine)*

On or about March 9, 2023, in the Western District of Kentucky, Jefferson County, Kentucky, **BRANDON TRAUGHBER** and **JASON HILL** defendants herein, aided and abetted by each other, knowingly and intentionally distributed fifty (50) grams or more of methamphetamine, a Schedule II controlled substance, as defined in Title 21, United States Code, Section 812.

In violation of Title 18 United States Code, Section 2; Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

The Grand Jury further charges:

## COUNT 7
*(Distribution of Methamphetamine)*

On or about March 10, 2023, in the Western District of Kentucky, Jefferson County, Kentucky, **THOMAS GUNTER**, a defendant herein, knowingly and intentionally distributed fifty (50) grams or more of methamphetamine, a Schedule II controlled substance, as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

The Grand Jury further charges:

## COUNT 8
*(Distribution of Methamphetamine)*

On or about March 13, 2023, in the Western District of Kentucky, Jefferson County, Kentucky, **THOMAS GUNTER**, a defendant herein, knowingly and intentionally distributed fifty (50) grams or more of methamphetamine, a Schedule II controlled substance, as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

The Grand Jury further charges:

## COUNT 9
*(Distribution of Methamphetamine)*

On or about March 14, 2023, in the Western District of Kentucky, Jefferson County, Kentucky, **BRANDON TRAUGHBER,** and **BYRON MAYES** defendants herein, aided and abetted by each other, knowingly and intentionally distributed fifty (50) grams or more of

methamphetamine, a Schedule II controlled substance, as defined in Title 21, United States Code, Section 812.

In violation of Title 18 United States Code, Section 2; Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

The Grand Jury further charges:

### COUNT 10
*(Possessing a Firearm in Furtherance of a Drug Trafficking Crime)*

On or about March 14, 2023, in the Western District of Kentucky, Jefferson County, Kentucky, **BRANDON TRAUGHBER**, a defendant herein, did knowingly possess a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, the offenses charged in this Indictment, in violation of Title 21, United States Code, Section 841(a)(1).

In violation of Title 18 United States Code, Section 924(c)(1)(A).

The Grand Jury further charges:

### COUNT 11
*(Distribution of Methamphetamine)*

On or about March 17, 2023, in the Western District of Kentucky, Jefferson County, Kentucky, **THOMAS GUNTER**, a defendant herein, knowingly and intentionally distributed fifty (50) grams or more of methamphetamine, a Schedule II controlled substance, as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

The Grand Jury further charges:

## COUNT 12
*(Distribution of Methamphetamine)*

On or about April 6, 2023, in the Western District of Kentucky, Jefferson County, Kentucky, **DAVID CARTER**, a defendant herein, knowingly and intentionally distributed fifty (50) grams or more of methamphetamine, a Schedule II controlled substance, as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

The Grand Jury further charges:

## COUNT 13
*(Distribution of Methamphetamine)*

On or about April 10, 2023, in the Western District of Kentucky, Jefferson County, Kentucky, **THOMAS GUNTER**, a defendant herein, knowingly and intentionally distributed fifty (50) grams or more of methamphetamine, a Schedule II controlled substance, as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

The Grand Jury further charges:

## COUNT 14
*(Distribution of Methamphetamine)*

On or about May 1, 2023, in the Western District of Kentucky, Jefferson County, Kentucky, **THOMAS GUNTER**, a defendant herein, knowingly and intentionally distributed fifty (50) grams or more of methamphetamine, a Schedule II controlled substance, as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

The Grand Jury further charges:

## COUNT 15
*(Distribution of Methamphetamine)*

On or about May 16, 2023, in the Western District of Kentucky, Jefferson County, Kentucky, **THOMAS GUNTER**, a defendant herein, knowingly and intentionally distributed fifty (50) grams or more of methamphetamine, a Schedule II controlled substance, as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

The Grand Jury further charges:

## COUNT 16
*(Distribution of Methamphetamine)*

On or about June 5, 2023, in the Western District of Kentucky, Jefferson County, Kentucky, **THOMAS GUNTER**, a defendant herein, knowingly and intentionally distributed fifty (50) grams or more of methamphetamine, a Schedule II controlled substance, as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

The Grand Jury further charges:

## COUNT 17
*(Distribution of Methamphetamine)*

On or about June 22, 2023, in the Western District of Kentucky, Jefferson County, Kentucky, **THOMAS GUNTER, DESMOND ALLEN,** and **LAUREN BAUM** defendants herein, aided and abetted by each other, knowingly and intentionally distributed fifty (50) grams

or more of methamphetamine, a Schedule II controlled substance, as defined in Title 21, United States Code, Section 812.

In violation of Title 18 United States Code, Section 2; Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

The Grand Jury further charges:

## COUNT 18
*(Possessing a Firearm in Furtherance of a Drug Trafficking Crime)*

On or about June 22, 2023, in the Western District of Kentucky, Jefferson County, Kentucky, **THOMAS GUNTER**, a defendant herein, did knowingly possess a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, the offenses charged in this Indictment, in violation of Title 21, United States Code, Section 841(a)(1).

In violation of Title 18 United States Code, Section 924(c)(1)(A).

The Grand Jury further charges:

## COUNT 19
*(Distribution of Methamphetamine)*

On or about June 28, 2023, in the Western District of Kentucky, Jefferson County, Kentucky, **THOMAS GUNTER** and **DAVID CARTER** defendants herein, aided and abetted by each other, knowingly and intentionally distributed fifty (50) grams or more of methamphetamine, a Schedule II controlled substance, as defined in Title 21, United States Code, Section 812.

In violation of Title 18 United States Code, Section 2; Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

NOTICE OF FORFEITURE

As a result of committing offenses in violation of Title 21, United States Code, Sections 841(a)(1), and 846 as charged in this Indictment, felonies punishable by imprisonment for more than one year, **THOMAS GUNTER, DESMOND ALLEN, BYRON MAYES, DAVID CARTER, BRANDON TRAUGHBER, LAUREN BAUM,** and **JASON HILL**, defendants herein, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting, or derived from, proceeds the defendant obtained directly or indirectly, as a result of said offense, and any and all of the defendant's property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of the violations alleged in this Indictment.

As a result of committing offenses in violation of Title 18, United States Code, Section 924(c)(1)(A), as alleged in this Indictment, felonies punishable by imprisonment for more than one year, **BRANDON TRAUGHBER, DAVID CARTER,** and **THOMAS GUNTER** defendants herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461, all firearms and ammunition involved in the commission of the offenses.

A TRUE BILL.

Redacted

FOREPERSON

MICHAEL A. BENNETT
UNITED STATES ATTORNEY

MAB:JRP 8-16-23

9

UNITED STATES OF AMERICA v. **THOMAS GUNTER, DESMOND ALLEN, BYRON MAYES, DAVID CARTER, BRANDON TRAUGHBER, LAUREN BAUM, and JASON HILL**

## PENALTIES

| | |
|---|---|
| Counts 1, 3, 5-9, 11-17, 19: | NL 10 yrs./NM Life/NM $10,000,000/both/NL 5 yrs. Supervised Release (each count) |
| Count 2: | NL 5 yrs./NM 40 yrs./$5,00,000/both/NL 8 yrs. Supervised Release |
| Counts 4, 10, 18: | NL 5 yrs./NM Life/NM $250,000/both/NL 5 yrs. Supervised Release (consecutive) (each count) |
| Forfeiture | |

## NOTICE

### ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

| | | | |
|---|---|---|---|
| Misdemeanor: | $ 25 per count/individual | Felony: | $100 per count/individual |
| | $125 per count/other | | $400 per count/other |

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due immediately unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following**:

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

    For offenses occurring after December 12, 1987:

    No **INTEREST** will accrue on fines under $2,500.00.

    **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two-week period after the date a fine is imposed.

    **PENALTIES** of:

    10% of fine balance if payment more than 30 days late.

    15% of fine balance if payment more than 90 days late.

2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3. Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

    If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

LOUISVILLE:        Clerk, U.S. District Court
                   106 Gene Snyder U.S. Courthouse
                   601 West Broadway
                   Louisville, KY 40202
                   502/625-3500

BOWLING GREEN:     Clerk, U.S. District Court
                   120 Federal Building
                   241 East Main Street
                   Bowling Green, KY 42101
                   270/393-2500

OWENSBORO:         Clerk, U.S. District Court
                   126 Federal Building
                   423 Frederica
                   Owensboro, KY 42301
                   270/689-4400

PADUCAH:           Clerk, U.S. District Court
                   127 Federal Building
                   501 Broadway
                   Paducah, KY 42001
                   270/415-6400

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.