# IN THE UNITED STATES DISTRICT COURT FOR
## THE WESTERN DISTRICT OF KENTUCKY
### LOUSIVILLE DIVISION

Thomas Gunter, Sui Juris

Defendant.

VS.

UNITED STATES OF AMERICA

RESPONDANT.

**FILED**
JAMES J. VILT, JR. - CLERK

MAR 29 2024

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

CASE NO: 3:23-cr-00094-BJB-1

THE, HONORABLE, JUDGE, BENJAMIN BEATON

PRESIDING

## MOTION TO DISMISS INDICTMENTS, UNDER THE FRUIT-OF-THE-POISONOUS-TREE-DOCTRINE./ MOTION TO DISMISS THE INDICTMENTS DUE TO THE DEFENDANT, BEING ENTRAPPED AS A MATTER OF LAW, AND VIOLATION OF DUE PROCESS OF LAW.

Comes Now, Thomas Gunter, Sui Juris, "of one's own right, independent, of full age and Capacity". Respectfully moves this honorable Court, for permission, to file this, Motion To DISMISS INDICTMENTS, IN VIOLATIONS, OF THE FRUIT-OF-THE-POISONOUS-TREE-DOCTRINE, AND ENTRAPMENT. Movant, prays that this honorable Court, grants movant's, motion, dismiss the indictments and remaining Counts, with prejudice "For, the facts, stated below.

### FACTS

Movant's indictment arose out of, entrapment, and fruit-of-the-poisonous-tree-doctrine. Movant asserts, that the government's Conduct in inducing a C.I. who's, still engaged, in, Criminal, activity, such, as, being allowed by federal, D.E.A agent's, to smoke "methamphetamine", do, "heroin", and "fentanyl", while, acting/working as a government, informant. A, valid entrapment defense has two related elements: "government inducement of the crime, and a lack of

1-OF-6

predisposition, on the part of the defendant to engage in the criminal conduct." (see; Mathews v. United States, 485 U.S. 58, 63 (1988)). "An 'inducement' consists of an 'opportunity' plus something else-typically, excessive pressure by the government upon the defendant or the government's taking advantage of an alternative". United States v. Dixon, 395 F. App'x 183, 186 (6th Cir. 2010).

Based on the facts available, in movant's case, at this stage, law enforcement, forced Criminal intent, on the defendant, with the government's agent, (the criminal, drug user, Still engaged in, Committing Crime's / Criminal activity, C.I. Bobby Poindexter Jr.    )

Movant, had been, a heavey, drug user, of, methamphetamine, and numerous other drugs, for decades, often, struggling to support, his heavy, use of drugs, habit. Movant, and (C.I., Bobby Poindexter Jr.    ) was, friends, and, what, the, drug World language, calls, "Smoking partner's" or "geek monster's". Movant, and C.I., Bobby Poindexter Jr.    ), use, to do, odd job's together, for, the, drug dealers, Such as, Cutting the drug dealer's grass, cleaning the drug dealers, dog Kennals, Washing, Car's, Clothe's, painting there homes, Shade tree, auto repair work, on the dealer's car's, basically, movant, and his, smoking partner, (C.I., Bobby Poindexter JR. ) was, drug dealers, Slave's, in, order to get thier fix, (Drug's) to maintain, an out of Controll, outrageous, drug habit.

## "IMPROPER INDUCEMENT"

Use, of the federal, D.E.A AGENT's, (C.I. Bobby Poindexter Jr.   ), amounts, to improper inducement of the crime, at stake, here. Federal Agents, crossed [the Constitutional] boundary, by, allowing, movant, to conspire, with, a federal

2-oF-6

informant, is, a violation, of the fifth, amendment, "Due Process of Law", movant, "Can not, Conspire, with an, federal, C.I.", especially an informant who, is still, being allowed, by federal authorities, to smoke, methamphetamines, while, serving / working as a federal informant, "engage in, criminal activity, by, still, committing crimes, while, serving / working as, a federal informant," ("See: Arrest, Records, of, C.I. Bobby Poindexter Jr., It, should be, noted, that the, Arrested, Records, will be filed, as Exhibits at a later time").

(" Bobby Poindexter Jr. Arrested, on, 8/22/2023, in, Jefferson County, KY, Theft, Buy Unlawful Taking, and Possession, of, Marihuana")

(See also; Bobby Poindexter Jr. Arrested, on, 12/27/2023, in, Washington County, Indiana, Possession of Methamphetamines, Obstruction of justice, Resisting Law Enforcement, Driving while Suspended, Possession, of, Marihuana.

(See also; Bobby Poindexter Jr., Arrested, on, 01/10/2024, in, Clark County, Indiana Possession of Methamphetamines, Driving while Suspended, Possession of Marihuana, Possession of Paraphernalia.

(Also, see; Bobby Poindexter Jr., Arrested on, 02/05/2024, in, Clark County, Indiana, "Possession of Methamphetamines", "Possession of Narcotic drug", "Driving While Suspended", "Possession of Marihuana".

The, government, "CANNOT USE", undercover, C.I., Bobby Poindexter, who's, being allowed, by the government, agents, to, smoke, methamphetamines, while, working on, the job as a federal informant, engage in, committing crimes / criminal activity, while, working, as a federal informant. The government, cannot, pay, C.I., Bobby Poindexter, Jr, in, methamphetamines, for makin controll buys. The, government

3-oF-6

Cannot, have, C.I, Bobby Poindexter Jr., induce, deals, to, friends, by undercover agents, untrue ploys. Matter of fact, as a statement of law, Movant, "cannot, conspire with a, federal informant / C.I.", to engage in, a Conspiracy. All, of these things, individually are certainaly unlawful, due process violations, techniques for investigation, crosses [the Constitutional] boundary.

### THE "Due Process" Defense

Movant, specifically, Specifies, that this honorble court, may indeed, undertake, an independant, objective assessment, of the government's methods in this case, and if, this honorable Court, finds the, government's Conduct, to be "outrageous", therefore the district Court, should make the decision, to dismiss the, entire, indictment or at least, dismiss, "ALL COUNTS", envolved / control buys dealing with, C.I. Bobby Poindexter Jr, for "outrageous Conduct" in the intrest of justice.

### "ENTRAPMENT"

Any analysis of the so-called "due process" defense, in view, begin with the law of entrapment. The Supreme Court first recognized an entrapment defense in, (Sorrells v. United States, 287 U.S. 435, 53 S.Ct, 210, 77 L.Ed. 413 (1932)). In, doing so, the court resolved a deep spilt of authority as to whether the focus of the defense, was, "objective" (looking to the government's conduct) or "subjective" (looking to the defendant's predisposition). It is seldom appropriate to grant a pretrial motion to dismiss based on an entrapment defense, because the defense focuses on a defendant's state of mind, an evidentiary question. (UNITED STATES v. Schaffer, 586 F.3d 414, 426 (6th Cir. 2009). Dismissal for entrapment is only appropriate where "the undisputed evidence" "demonstrate[s] a patently clear absence of predispostion". United States v. Harris, 9 F.3d 493, 498 (6th Cir. 1993); See also United States v.

4-oF-6

McLernon, 746 F.2d 1098, 1111 (6th Cir 1984), (Finding "patently clear absence of predisposition" where "the government present[ed] no evidence to meet its burden of proving disposition or readiness"). "Because it requires a factual determination to decide, 'whether the criminal intent originated with the defendant or with the government's agent", United States v. Helton, 480 F. APP'x 846, 849 (6th Cir. 2012). Movant's due process rights was, violated, on it's face, because, of the, illegal activities, of the informant, were done at the request of the government or in furtherance of governmental aims.

## "FRUIT-OF-THE-POISONOUS-TREE-DOCTRINE"

The, Search warrent, the arrest warrent, all. steamed, from illegal activities induced, by the federal government, and the federal informant, drug user, criminal Crime's, engager C.I. Bobby Poindexter Jr, still, engaged in criminal activity, and being allowed to, smoke, methamphetamines, and other narcotics, while, serving / working as a federal informant / (C.I.). The, evidence in, movant's case derived from an illegal search, illegal arrest, and/or an illegal interrogation, everything discovered on this illegal operation, (Conspiring with a federal informant / C.I.) is, inadmissible, because the evidence, (Everything Seized), "The Fruit") was tainted by the illegality, "The Poisonous Tree"'.

## "ENTRAPMENT AS A MATTER OF LAW"

To ensure, that nothing movant, have said above, is taken as having expressed an opinion as to, movant's claim of entrapment, Movant motions to dismiss indictment's / charges, with prejudiced, raise both the "due process" defense and entrapment as a matter of law. Wherefore movant, prays that this honorable Court dismiss the indictment and charges, "WITH PREJUDICE".

5-oF-6

"RELIEF REQUESTED"

1). HAVE, Indictments, and all Counts, Concerning, Controll Buy's with, Bobby Poindexter Jr.(C.I) Dismissed with Prejudice.

CERTIFICATE OF SERVICE

I, Thomas Gunter, do, hereby certify that, I, have served a true and Correct copy of the following: Motion To Dismiss Indictments under the fruit of the poisonous tree doctrine / Motion To Dismiss, Entrapment

Which, is deemed filed at the time, it was delivered to prison authorities for forwarding to the Court, (See; Houston v. Lack, 101 1Ed. 2d 245 (1988)), upon the court and parties through, (E.C.F) litigating of record, by placing the same in a sealed envelope, postage prepaid, addressed to:

CLERK OF THE COURT
106 GENE SNYDER US Courthouse
601 West Broadway
Luisville, Ky 40202

and deposited, same in the United States Postal Mail at the Grayson County Detention Center, on this 26 day of March, 2024.

Respectfully Submitted
signature, Thomas L Gunter JR

6-OF-6

Case 3:23-cr-00094-BJB-RSE    Document 76    Filed 03/29/24    Page 7 of 7 PageID #: 198

Thomas Gunter # 233303

Grason County Detention Center Room 312

320 Shaw Station RD

Litchfield, Kentucky 42754

FILED
JAMES J. VILT, JR. - CLERK

MAR 29 2024

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

LOUISVILLE KY 402
WED 27 MAR 2024 AM

GRAYSON COUNTY DETENTION CENTER

Clerk of the Court

106 GENE SNYDER US Courthouse

601 West BROADWAY

Louisville, KY 40202