FILED
JAMES J. VILT JR, CLERK
3/20/2024
U.S. DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

UNITED STATES DISTRICT COURT
Western District of Kentucky

# EXHIBIT INVENTORY

Case Number: 3:23CR-94-BJB Style of Case: USA V. Gunter
Received from: T. Burch Received by: [signature] Date: 3/20/24

Proceedings: DETENTION HEARING

| NUMBER | DESCRIPTION | NUMBER | DESCRIPTION |
|---|---|---|---|
| USA 1 | LMPD Investigative Report for 3/13/2023 | | |
| USA 2 | LMPD Investigative Report for 5/16/2023 | | |
| USA 3 | LMPD Investigative Report for 6/5/2023 | | |
| USA 4 | LMPD Investigative Report for 6/22/2023 | | |
| USA 5A-5H | Photos | | |
| USA 6 | FBI FD-302 | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

NOTES:

**DISPOSITION OF EXHIBITS:**

ITEMS:
RECEIVED BY: DATE:
RETURNED BY: DATE:
ITEMS:
RECEIVED BY: DATE:
RETURNED BY: DATE:
ITEMS:
RECEIVED BY: DATE:
RETURNED BY: DATE:
OTHER DISPOSITION:

**DATE: RETURNED BY: , Deputy Clerk**